UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1567 56TH STREET, LLC, 1569 56TH STREET, LLC, and SHLOMO BRAUN,<br><br>*Plaintiffs,*<br><br>- against -<br><br>ARTHUR SPITZER, JOSH WEINFELD, ISIDORE BLEIER, 1567 56 NY LLC, DEKEL ABSTRACT LLC, ABRAHAM TEITELBAUM, ROSA FUNDING LLC, PS FUNDING, INC., and JEHUDA WEISZ,<br><br>*Defendants.* | Index: 22-4873-CV<br><br>Complaint filed: August 17, 2022<br><br>**NOTICE OF PENDENCY**<br><br>Properties involved:<br><br>Block: 5488 Lot: 49<br><br>Block: 5488 Lot: 50 |

NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending against the above named defendants pursuant to the applicable provisions of Real Property Actions Article 15, 18 USC 1964 and Proceedings Law of the State of New York as well as such other and further legal theory available at law, to compel the determination of claims to the real property described hereinafter and restore title to Plaintiffs.

On February 2, 2014, 1569 56th Street LLC received from Rabbi Shlomo Braun clear title and ownership to the property addressed as 1569 56th Street ("69 Property") located in Brooklyn, New York, County of Kings registered with the City Register as CRFN 2014000057977.

On June 15, 2016, 1569 56th Street LLC granted the 67 LLC, 60% of the title and ownership to the property addressed as 1569 56th Street (the "69 Property") located in Brooklyn, New York, County of Kings registered with the City Register as CRFN 2016000221114.

On August 4, 2014, the 1567 56th Street LLC received clear title and ownership to the property with an address known as 1567 56th Street (the "67 Property") located in Brooklyn New York, County of Kings registered with the City Register as CRFN 2014000313033.

AND NOTICE IS FURTHER GIVEN the real property affected by this action is located entirely within the County of Kings, and is more particularly described as follows:

1. The 69 Property is described at the City Registrar under Block 5488 and Lot number 49 with the following description:

> ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, City of New York, bounded and described as follows: BEGINNING at a point on the northerly side of 56th Street, distant 100 feet westerly from the corner formed by the intersection of the northerly side of 56th Street, with the westerly side of 16th Avenue; RUNNING THENCE northerly parallel with 16th Avenue 100 feet 2 inches; THENCE westerly parallel with 56th Street, 20 feet; THENCE southerly parallel with 16th Avenue and part of the distance through a party wall 100 feet 2 inches to the northerly side of 56th Street; THENCE easterly along the northerly side of 56th Street, 20 feet to the point or place of BEGINNING. NOTE: Being Lot(s) Lot: 49, Block: 5488; Tax Map of the Borough of Brooklyn, County of Kings, State of New York. NOTE: Lot and Block shown for informational purposes only.

> And

> ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, City of New York, bounded and described as follows: BEGINNING at a point on the northerly side of 56th Street, distant 100 feet westerly from the comer formed by the intersection of the northerly side of 56th Street, with the westerly side of 16th A venue; RUNNING THENCE northerly parallel with 16th A venue 100 feet 2 inches; THENCE westerly parallel with 56th Street, 20 feet; THENCE southerly parallel with 16th Avenue and part of the distance through a party wall 100 feet 2 inches to the northerly side of 56th Street; THENCE easterly along the northerly side of 56th Street, 20 feet to the point or place of BEGINNING.

2. The 67 Property is described at the City Registrar under Block 5488 and Lot 50 with the following description:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, known as Block 5, Lot 221 on map entitled, "Map No. 1 of 918 lots. Cowenhoven Farm, New Utrecht, drawn by B.L. Williams, C.E., November 1890 fled July 17, 1891 as Map No. 1013 and which said lot, according to said map is bounded and described as follows: BEGINNING at a point on the northerly side of 56th Street, distant 120 feet westerly from the corner formed by the intersection of the northerly side of 56th Street and the westerly side of 16th Avenue; RUNNING THENCE northerly parallel with 16th Avenue and part of the distance through a party wall, 100 feet 2 inches; THENCE westerly parallel with 56th Street 20 feet; THENCE southerly parallel with 16th Avenue, 100 feet 2 inches to the northerly side of 56th Street; THENCE easterly along the northerly side of 56th Street, 20 feet to the point or place of BEGINNING. SAID PREMISES KNOWN AS 1567 56th Street, BROOKLYN, N.Y.

The Clerk of the County of Kings is hereby directed to index this Notice against the names of all the defendants herein.

Dated: Brooklyn, New York
August 17, 2022

Respectfully submitted,

Levi Huebner & Associates PC

By: /s/ Levi Huebner

488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tell: (212) 354-5555

*Attorneys for Plaintiffs*