UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1567 56TH STREET, LLC, 1569 56TH STREET, LLC, and SHLOMO BRAUN,<br><br>*Plaintiffs,*<br><br>- against -<br><br>ARTHUR SPITZER, JOSH WEINFELD, ISIDORE BLEIER, 1567 56 NY LLC, DEKEL ABSTRACT LLC, ABRAHAM TEITELBAUM, ROSA FUNDING LLC, PS FUNDING, INC., and JEHUDA WEISZ,<br><br>*Defendants.* | Docket No.: 1:22-cv-04873-KAM-RML<br><br>**JURY TRIAL DEMAND** |

Plaintiffs Shlomo Braun, 1567 56th Street, LLC, and 1569 56th Street, LLC by their counsel Levi Huebner & Associates PC hereby demand a jury trial for this case.

Dated: Brooklyn, New York
       September 1, 2022

                                        Respectfully submitted,

                                        Levi Huebner & Associates PC

                                        By: /s/ Levi Huebner
                                        _____

                                        488 Empire Boulevard, Suite 100
                                        Brooklyn, NY 11225
                                        Tell: (212) 354-5555

                                        *Attorneys for Plaintiffs*

Page 1