# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

WESTCHESTER COUNTY OFFICE
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

www.moodklaw.com

*Kaitlyn P. Long*
Member CT, MA & NY Bars
(914) 593-7306
KLong@moodklaw.com

September 29, 2022

**VIA ELECTRONIC CASE FILING**

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **RE**   **1567 56th Street, LLC, 1569 56th Street, LLC, and Shlomo Braun v. Abraham Teitelbaum**
        **Index No.: 22-cv-4873**
        **Our File No.: 1803.112080**

Dear Honorable Matsumoto:

    This office represents the defendants, Abraham Teitelbaum, Jehuda Weisz, and Dekel Abstract LLC, in the above-referenced matter. We respectfully request an extension of time to answer the Summons and Complaint of 1567 56th Street, LLC, 1569th Street, LLC and Shlomo Braun to and including October 31, 2022. We have recently been assigned the defense of this action and request an extension of time to properly investigate the allegations in order to interpose a responsive pleading.

    We have consulted with Levi Huebner of Levi Huebner & Associates PC, who is representing the plaintiffs, 1567 56th Street, LLC, 1569th Street, LLC and Shlomo Braun. Mr. Huebner has agreed to the extension and in response, the defendants, Abraham Teitelbaum, Jehuda Weisz, and Dekel Abstract LLC, agree to waive affirmative defense of personal jurisdiction and do not contest venue. There have been no previous requests for an extension.

                                        Very truly yours,

                                        **MARKS, O'NEILL, O'BRIEN,**
                                        **DOHERTY & KELLY, P.C.**

                                          **KAITLYN P. LONG**

KPL/lah

{M0258792.1}

| Philadelphia | Pittsburgh | Cherry Hill | Wilmington | Towson | New York |
|---|---|---|---|---|---|
| Pennsylvania | Pennsylvania | New Jersey | Delaware | Maryland | New York |