UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X  **Case No.: 1:22-cv-04873-KAM-RML**

1567 56TH STREET, LLC, 1569 56TH STREET,
LLC, and SHLOMO BRAUN,

                           Plaintiffs,

    against                             **AFFIRMATION OF SERVICE**

ARTHUR SPITZER, JOSH WEINFELD,
ISIDORE BLEIER, BSD REALTY HOLDINGS
INC., 1567 56 NY LLC, DEKEL ABSTRACT
LLC, ABRAHAM TEITELBAUM, ROSA
FUNDING LLC, PS FUNDING, INC., and
JEHUDA WEISZ,

                           Defendants.
-----------------------------------------------------------------X

    I, Yoel Weisshaus, pursuant to 28 U.S.C. § 1746, and being of full age, declare and state the following:

1. On March 10, 2023, I served a true copy of the First Amended Complaint dated March 3, 2023 [ECF 31] By First-Class Mail Upon:

Arthur Spitzer
2370 Forest Circle
Toms River, New Jersey 08755

2. On March 10, 2023, I served a true copy of the First Amended Complaint dated March 3, 2023 [ECF 31] By First-Class Mail Upon:

1567 56 NY LLC
2370 Forest Circle
Toms River, New Jersey 08755


Dated:    Brooklyn, NY
             March 10, 2023

                                                                                             Yoel Weisshaus