UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

1567 56TH STREET, LLC, 1569 56TH STREET, LLC, AND SHLOMO BRAUN,

                     Plaintiff,

-against-

ARTHUR SPITZER, JOSH WEINFELD, ISIDORE BLEIER, 1567 56 NY LLC, DEKEL ABSTRACT LLC, ABRAHAM TEITELBAUM, ROSA FUNDING LLC, PS FUNDING, INC., and JEHUDA WEISZ,

                     Defendants.
------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

Case No.: 22-4873-CV

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as lead counsel and notice counsel in this case for:

1. **DEKEL ABSTRACT LLC;**

2. **ABRAHAM TEITELBAUM;**

3. **JEHUDA WEISZ.**

I certify that I am admitted to practice in this Court.

**PLEASE BE FURTHER ADVISED THAT,** this appearance does not waive any jurisdictional defenses.

Dated:  Tarrytown, New York
         April 20, 2023

                                  Respectfully Submitted,

                                  _____
                                  **DANIEL M. FLYNN (ddf2908)**
                                  **MARKS, O'NEILL, O'BRIEN,**
                                  **DOHERTY & KELLY, P.C.**
                                  Attorneys for Defendants
                                  **DEKEL ABSTRACT LLC, ABRAHAM TEITELBAUM and JEHUDA WEISZ**
                                  580 White Plains Road
                                  Tarrytown, New York  10591
                                  (914) 345-3701
                                  File No.: 1803.112080
                                  Email: DFlynn@moodklaw.com

{M0509028.1}

TO:

**Levi Huebner, Esq.**
**LEVI HUEBNER & ASSOCIATES PC**
Attorney for Plaintiffs
**1567 56TH STREET, LLC,**
**1569 56TH STREET, LLC**
**AND SHLOMO BRAUN**
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
(212) 354-5555
 Email: newyorklawyer@msn.com


**Alexandra L. Sobol, Esq.**
**Fox Rothschild LLP**
Attorneys for Defendant
**PS FUNDING, INC.**
101 Park Avenue, 17th Floor
New York, NY 10178
 (212) 878-7900
Email: asobol@foxrothschild.com

**Yan Margolin, Esq.**
**Law Office of Yan Margolin**
Attorneys for Defendants
Rose Fundning, LLC, Josh Weinfeld, Isidore Bleier
175 Varick Street
New York, NY 10014
(212) 964-6200
Email: Yan@MargolinLawNY.com

**Unrepresented Parties**

**ARTHUR SPITZER**
2370 Forest Circle
Toms River, New Jersey 08755

**1567 56 NY LLC**
2370 Forest Circle
Toms River, New Jersey 08755

{M0509028.1}

## CERTIFICATE OF SERVICE

I, hereby certify that on <u>April 20, 2023,</u> a copy of the foregoing **NOTICE OF APPEARANCE,** were served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, by ECF upon the following parties and participants:

**Via ECF**

| | |
|---|---|
| **Levi Huebner, Esq.**<br>**LEVI HUEBNER & ASSOCIATES PC**<br>Attorney for Plaintiffs<br>**1567 56TH STREET, LLC,**<br>**1569 56TH STREET, LLC**<br>**AND SHLOMO BRAUN**<br>488 Empire Boulevard, Suite 100<br>Brooklyn, NY 11225<br>(212) 354-5555<br>Email: newyorklawyer@msn.com | **Alexandra L. Sobol, Esq.**<br>**Fox Rothschild LLP**<br>Attorneys for Defendant<br>**PS FUNDING, INC.**<br>101 Park Avenue, 17th Floor<br>New York, NY 10178<br>(212) 878-7900<br>Email: asobol@foxrothschild.com |
| **Yan Margolin, Esq.**<br>**Law Office of Yan Margolin**<br>Attorneys for Defendants<br>Rose Fundning, LLC, Josh Weinfeld, Isidore Bleier<br>175 Varick Street<br>New York, NY 10014<br>(212) 964-6200<br>Email: Yan@MargolinLawNY.com | |

_____
**DANIEL D. FLYNN**
**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**
Attorneys for Defendants
**DEKEL ABSTRACT LLC, ABRAHAM TEITELBAUM and JEHUDA WEISZ**
580 White Plains Road
Tarrytown, New York 10591
(914) 345-3701
File No.: 1803.112080
Email: DFlynn@moodklaw.com

{M0509028.1}

3