# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

NEW YORK CITY OFFICE

*600 Third Avenue*

*Suite 1501*

*New York, NY 10016*

*(212) 967-0080 Fax: (212) 967-0082*

*Kaitlyn P. Long*

Member CT, MA & NY Bars

(914) 593-7306

KLong@moodklaw.com

June 15, 2023

**VIA ECF**

Judge Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
224 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    **1567 56th Street, LLC, 1569 56th Street, LLC, and Shlomo Braun v. Arthur Spitzer, et al**

           Docket No.:    :   22-cv-04873

Dear Judge Matsumoto:

      We represent Defendants, Dekel Abstract, Abraham Teitelbaum, and Jehuda Weisz ("the Dekel Defendants"), with regard to the above-referenced matter.

      Pursuant to Your Honor's part rules the Dekel Defendants filed a pre-motion conference letter on July 15, 2023 in response to Plaintiff's filing a Second Amended Complaint. This was an error as the Dekel defendants inadvertently failed to realize that the Plaintiff's withdrew their second amended complaint on June 14, 2023. [ECF 49].

      Wherefore, the Dekel Defendants withdraw the Motion for pre-motion conference filed on June 15, 2023. [ECF 50].

              Respectfully Submitted,

              **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

              */s/ Kaitlyn P. Long*
              Kaitlyn P. Long

{M0572676.1}

| Philadelphia | Cherry Hill | Westchester County | Wilmington | Towson | Pittsburgh |
|---|---|---|---|---|---|
| Pennsylvania | New Jersey | New York | Delaware | Maryland | Pennsylvania |