UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

1567 56TH STREET, LLC, 1569 56TH STREET, LLC, and SHLOMO BRAUN,

        Plaintiffs,

  -against-

ARTHUR SPITZER, JOSH WEINFELD, ISIDORE BLEIER, BSD REALTY HOLDINGS INC., 1567 56 NY LLC, DEKEL ABSTRACT LLC, ABRAHAM TEITELBAUM, ROSA FUNDING LLC, PS FUNDING, INC., and JEHUDA WEISZ,

        Defendants.

------------------------------------------------------- X

Index No. 1:22-cv-04873-KAM-RML

**NOTICE OF BANKRUPTCY FILING**

**PLEASE TAKE NOTICE** that on June 26, 2023, Peer Street Inc. and its affiliates, including Defendant PS Funding, Inc. ("PSF" and collectively, the "Debtors"), filed a petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under Case No. 23-10815.

Pursuant to Bankruptcy Code § 362, the filing of a petition operates as a stay of, *inter alia*, the commencement or continuation of a judicial proceeding or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the case under Title 11 absent an Order from the Bankruptcy Court granting relief from the automatic stay.

Therefore, the plaintiffs in the above-captioned action are precluded from prosecuting this action at this time against PSF.

Dated: New York, New York                  **FOX ROTHSCHILD LLP**
        June 29, 2023

By: */s/ Ryan Becker*
     Ryan Becker
     Alexandra Sobol
     101 Park Avenue, 17th Floor
     New York, NY 10178
     Telephone: 212.878.7900
     Facsimile: 212.692.0940