# Levi Huebner & Associates, PC

**Attorneys and Counselors at Law**
488 Empire Boulevard, Suite 100
Brooklyn, NY 11225
Tel: (212) 354-5555
Fax: (718) 636-4444
email: newyorklawyer@msn.com

July 13, 2023

Honorable Kiyo A. Matsumoto
United States District Court, Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re: **1567 56th Street, LLC et al v. Spitzer et al, 1:22-cv-04873-KAM-RML**

Honorable Judge Matsumoto:

We represent Plaintiffs 1567 56TH Street, LLC, 1569 56TH Street, LLC, and Shlomo Braun.

On June 26, 2023, Defendant PS Funding, Inc. and its affiliate entities filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware. On June 29, 2023, the Defendant PS Funding, Inc. informed the Court of that fact. The same the day, the Court entered an order: "In light of [52] Notice of Bankruptcy Filing, this action is stayed as to Defendant PS Funding, Inc. only."

Plaintiffs are unsure how the Court's order interacts with the statutory stay of the bankruptcy. Wherefore, Plaintiffs request a conference to review the impact of the bankruptcy stay on this case.

.

Respectfully submitted,

/ s / Levi Huebner
_____
Levi Huebner