# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**WESTCHESTER COUNTY OFFICE**
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

*Kaitlyn P. Long*
Member CT, MA & NY Bars
(914) 593-7306
KLong@moodklaw.com

June 15, 2023

**VIA ECF**

Judge Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
224 Cadman Plaza East
Brooklyn, New York 11201

      Re:    1567 56th Street, LLC, 1569 56th Street, LLC, and Shlomo Braun v. Arthur Spitzer, et al

           Docket No.:    :    22-cv-04873

Dear Judge Matsumoto:

      As you may recall, we represent Defendants, Dekel Abstract, Abraham Teitelbaum, and Jehuda Weisz ("the Dekel Defendants"), with regard to the above-referenced matter.

      This letter is a joint response from Isidore Bleier, Josh Weinfeld, Rosa Funding LLC and the Dekel Defendants (collectively "the Defendants"), in response to the Plaintiff's letter requesting reconsideration of the Court Order dated, July 14, 2023, denying a conference to review the impact of the bankruptcy stay on the balance of the above-referenced matter. The Defendants do not oppose Plaintiff's request for a Conference. Additionally, the Defendants respectfully request a conference in order to discuss the impact of the bankruptcy stay as it relates to the remaining defendants.

      As noted above, counsel for Isidore Bleier, Josh Weinfeld, and Rosa Funding LLC join in this letter. We thank the Court for its attention to this matter.

Respectfully Submitted,

| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.** | **LAW OFFICES OF YAN MARGOLIN** |
| */s/ Kaitlyn P. Long* | */s/ Yan Margolin* |
| Kaitlyn P. Long | Yan Margolin, Esq. |

{M0611933.1}

| Philadelphia | Cherry Hill | Wilmington | Towson | New York | Pittsburgh |
|---|---|---|---|---|---|
| Pennsylvania | New Jersey | Delaware | Maryland | New York | Pennsylvania |