# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

WESTCHESTER COUNTY OFFICE
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

www.moodklaw.com

**Kaitlyn P. Long**
Member CT, MA & NY Bars
KLong@moodklaw.com

March 1, 2024

**VIA ECF ONLY**

Honorable Kiyo A. Matsumoto
United States District Court, Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re: **1567 56th Street, LLC et al v. Spitzer et al, 1:22-cv-04873-KAM-RML**
**Case No. 22-cv-4873**

Dear Judge Matsumoto:

This letter is being written jointly by the Law Offices of Yan Margolin, who represents Defendants Rosa Funding, Josh Weinfeld, and Isidor Bleier, and Kaitlyn Long who represents Defendants, Dekel Abstract, Abraham Teitelbaum, and Jehuda Weisz (hereinafter collectively referred to as the "Defendants"). The Defendants draft this letter in response to the Court's Orders dated, January 31, 2024 and February 23, 2024.

In response to the Orders, the Defendants have met and conferred with Plaintiff's Counsel regarding the proposed briefing schedule for the motions to dismiss. The parties respectfully request the following briefing schedule:

- Defendants to serve their respective motions by April 19, 2024;
- All opposition to be served by June 3, 2024; and
- Any Reply papers are due by June 28, 2024.

{M0869151.1}

| Philadelphia | Cherry Hill | Wilmington | Towson | New York | Pittsburgh |
| Pennsylvania | New Jersey | Delaware | Maryland | New York | Pennsylvania |

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C**.

March 1, 2024
Honorable Kiyo A. Matsumoto
United States District Court, Judge
Page 2

    We thank the Court for its attention to this matter.

Respectfully Submitted,

| | |
|---|---|
| **LAW OFFICE OF YAN MARGOLIN** | **MARKS O'NEILL O'BRIEN DOHERTY & KELLY P.C.** |
| */s/ Yan Margolin* | */s/ Kaitlyn P. Long* |
| Yan Margolin, Esq. | Kaitlyn P. Long, Esq. |

cc:    All Counsel (via ECF and email)

{M0869151.1}