# LEVI HUEBNER & ASSOCIATES, PC

**ATTORNEYS AND COUNSELORS AT LAW**
**488 EMPIRE BOULEVARD, SUITE 100**
**BROOKLYN, NY 11225**
**TEL: (212) 354-5555**
**FAX: (718) 636-4444**
**EMAIL: NEWYORKLAWYER@MSN.COM**

June 18, 2024

Honorable Kiyo A. Matsumoto
United States District Court, Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re:   **1567 56th Street, LLC et al v. Spitzer et al, 1:22-cv-04873-KAM-RML**

Honorable Judge Matsumoto:

We represent Plaintiffs 1567 56TH Street, LLC, 1569 56TH Street, LLC, and Shlomo Braun.

By electronic Order dated June 10, 2024, Your Honor directed that "Plaintiffs shall serve their opposition no later than June 17, 2024."

Pursuant to the foregoing and in compliance with Your Honor's Chambers Practices, on June 17, 2024, via electronic mail, upon all counsel of record, Plaintiffs duly served their MOL in opposition to the motion to dismiss of the Defendants Dekel Abstract LLC, Abraham Teitelbaum, and Jehuda Weisz and their MOL in opposition to the motion to dismiss of the Defendants Josh Weinfeld, Isidore Bleier, & Rosa Funding LLC.

Respectfully submitted,

/ s / Levi Huebner
_____
Levi Huebner