

Efrem Schwalb
eschwalb@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

June 24, 2025

**VIA ECF**

Hon. Robert M. Levy
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *1567 56th Sreet, LLC et al v. Spitzer, et al*.
              No. 22-cv-04873 (KAM-RML)

Dear Magistrate Judge Levy:

We represent defendant Isidore Bleier in this action. In advance of today's telephone conference, please find an Initial Conference Questionnaire that was filled out by the Defendants. It was also sent to Plaintiff's counsel, but we have not heard back from him as to Plaintiff's view of the schedule.

                                          Respectfully Submitted,

                                          Efrem Schwalb